**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Makism Borisov,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-01243-PHX-KML (CDB)<br>**ORDER** |

Petitioner challenged his present immigration detention, arguing his "[c]ontinued civil detention without timely, meaningful individualized review" violates his Fifth Amendment right to due process. (Doc. 1 at 2.) The court directed respondents to respond to the petition. (Doc. 4.) Respondents' response stated: "Respondents do not oppose Petitioner's request for release from immigration custody at this time." (Doc. 9.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

/

/

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 24th day of March, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**